# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:    **C.R. BARD, INC.,**
         **PELVIC REPAIR SYSTEM**
         **PRODUCTS LIABILITY LITIGATION**      **MDL 2187**

-------------------------------------------------

SANDRA MEEKS,

        Plaintiff,

v.                               CIVIL ACTION NO.  2:13-cv-04462

C. R. BARD, INC., et al.

        Defendants.

## MEMORANDUM OPINION AND ORDER

On November 14, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Sandra Meeks during the pendency of this action [ECF No. 15].  Pretrial Order ("PTO") # 289 filed in *In re: C. R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.,* 2:10-md-2187 ("Bard 2187") [ECF No. 6195] outlines the procedures the court requires to either substitute a deceased party pursuant to Federal Rule of Civil Procedure 25(a), or to dismiss the deceased party from the civil action because of a failure to properly serve and substitute the deceased party.

The court **FINDS** that the Suggestion of Death did not comply with Rule 25(a) as it was never properly served upon parties, non-parties or a personal representative of the estate. Regardless, the time period as set forth in PTO # 289 to substitute a party has since passed. Therefore, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court.  Any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  August 16, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE